## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNIE JARREAU, LOUISIANA SPORTS & FITNESS CENTER #2, LLC, and D&D PARTNERSHIP, LLC**<br><br>    Plaintiffs,<br><br>V.<br><br>**ALLIED WORLD ASSURANCE, CARE PROVIDERS INSURANCE SERVICES, LIBERTY MUTUAL FIRE INSURANCE COMPANY, VANTAPRO SPECIALTY INSURANCE COMPANY & XYZ INSURANCE COMPANY**<br><br>    Defendants | **CIVIL ACTION: 23-cv-01701**<br><br>**JUDGE: SHELLY DICK**<br><br>**MAGISTRATE: ERIN WILDER-DOOMES** |

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND RESTATE COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Louisiana Sports & Fitness Center No. 2, Inc. d/b/a Spectrum Fitness and D&D Partners, LLC d/b/a D&D Partnership, who pursuant to this Honorable Court's order, seek to amend their Complaint to clarify the names the parties involved in this litigation, as well as the relevant causes of action.

**WHEREFORE**, Plaintiffs seek leave of this Honorable Court to file this First Amended and Restated Complaint attached hereto as Exhibit 1.

Respectfully Submitted,

*/s/ Kendall Plain*
_____
KENDALL PLAIN (LA #36258)
Plain and Associates Law Firm
2950 Mission Drive
Baton Rouge, LA 70805

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2024, the forgoing document was filed with the Court through the Court's CM/ECF System, and electronic notice of such filing has been sent to all counsel of record.

                                          */s/ Kendall Plain*

                                          KENDALL PLAIN