# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONNIE JARREAU, LOUISIANA SPORTS & FITNESS CENTER #2, LLC, and D&D PARTNERSHIP, LLC**<br><br>　　Plaintiffs,<br><br>V.<br><br>**ALLIED WORLD ASSURANCE, CARE PROVIDERS INSURANCE SERVICES, LIBERTY MUTUAL FIRE INSURANCE COMPANY, VANTAPRO SPECIALTY INSURANCE COMPANY & XYZ INSURANCE COMPANY**<br><br>　　Defendants | **CIVIL ACTION: 23-cv-01701**<br><br>**JUDGE: SHELLY DICK**<br><br>**MAGISTRATE: ERIN WILDER-DOOMES** |

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND AND RESTATE COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, Louisiana Sports & Fitness Center No. 2, Inc. d/b/a Spectrum Fitness and D&D Partners, LLC d/b/a D&D Partnership, who pursuant to this Honorable Court's order, seek to amend their Complaint to clarify the names the parties involved in this litigation, as well as the relevant causes of action.

Moreover, as requested by this Honorable Court's order on February 20, 2024, Plaintiffs assert that Donnie Jarreau, individually, is no longer a named plaintiff, and that defendants, Care Providers Insurance Services, Liberty Mutual Fire Insurance Company and XYZ Insurance Company are dismissed from the attached Complaint and are no longer named as defendants. As such, the First Amended and Restated Complaint has the corrected caption to address such changes.

**WHEREFORE**, Plaintiffs seek leave of this Honorable Court to file this First Amended and Restated Complaint attached hereto as Exhibit 1.

Respectfully Submitted,

*/s/ Kendall Plain*

_____
KENDALL PLAIN (LA #36258)
Plain and Associates Law Firm
2950 Mission Drive
Baton Rouge, LA 70805

And

DAVID W. ARDOIN (LA #24282)
PRESTON L. HAYES (LA #29898)
RYAN P. MONSOUR (LA #33286)
3850 N. Causeway Blvd., Suite 590
Metairie, LA 70002
Telephone: (504) 356-0110
Facsimile: (504) 356-0112

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1st, 2024, the forgoing document was filed with the Court through the Court's CM/ECF System, and electronic notice of such filing has been sent to all counsel of record.

*/s/ Kendall Plain*

_____
KENDALL PLAIN