UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUISIANA SPORTS & FITNESS CENTER
#2, LLC, AND D&D PARTNERSHIP, LLC

VERSUS

ALLIED WORLD INSURANCE COMPANY, ET AL.

CIVIL ACTION

23-1701-SDD-EWD

### ORDER

**CONSIDERING** the *Joint Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants are hereby DISMISSED without prejudice to the right, upon good clause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on <u>February 12, 2025</u>.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 30.